IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-cv-173-RLV
(5:11-cr-11-RLV-DSC-1)

| | |
|---|---|
| ADAM JOE LOUIS JORDAN, III, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** comes before the Court on Petitioner's "Motion to Withdraw without Prejudice," (Doc. No. 2), which is in the nature of a motion to voluntarily dismiss Petitioner's motion to vacate, set aside, or correct sentence brought under 28 U.S.C. § 2255. The Court will grant Petitioner's motion, but the Court reminds Petitioner that the one-year limitations period continues to run on any § 2255 motion to vacate he may file.

**IT IS HEREBY ORDERED** that Petitioner's "Motion to Withdraw without Prejudice," (Doc. No. 2), is **GRANTED**. Petitioner's § 2255 motion to vacate is **DISMISSED** without prejudice, and the Clerk shall terminate this action.

Signed: April 2, 2014

Richard L. Voorhees
United States District Judge

1