IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11-CR-00011-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ADAM JOE LOUIS JORDAN III | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motions of the defendant pro se for a reduction of sentence based on Amendment 599 to the United States Sentencing Guidelines regarding firearm enhancements, (Doc. No. 136), to appoint counsel on that issue, (Doc. No. 142), and to take judicial notice, (Doc. No. 143).

The defendant was sentenced in 2013, using the 2011 edition of the United States Sentencing Guidelines Manual, for conspiracy to commit Hobbs Act Robbery, using a firearm during and in relation to a federal crime of violence, and possessing a firearm as a felon. (Doc. No. 111: Judgment at 1). He now seeks a reduction in sentence based on an amendment that became effective in 2000, twelve years prior to his sentencing hearing. Accordingly, he has not shown that the applicable sentencing range has "subsequently been lowered by the Sentencing Commission;" therefore he is not entitled to relief. 18 U.S.C. § 3582(c)(2).

**IT IS, THEREFORE, ORDERED** that the defendant's motion for sentence reduction, (Doc. No. 136), is **DENIED**.

**IT IS FURTHER ORDERED** that the defendant's motion for appointment of counsel on that issue, (Doc. No. 142), is **DENIED**. The defendant adequately raised the issue pro se for the Court's determination.

**IT IS FURTHER ORDERED** that upon consideration of the record in this case and applicable legal authority and upon finding the defendant's motion for sentence reduction is without merit, the motion to take judicial notice, (Doc. No. 143), is **MOOT**.

The Clerk is directed to certify copies of this order to the defendant, the Federal Defender, the United States Attorney, and the United States Probation Office.

Signed: September 8, 2017

Robert J. Conrad, Jr.
United States District Judge