# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:11-CR-00011-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| ADAM JOE LOUIS JORDAN III, | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant's pro se motion for a reduction of sentence based on Amendment 599 to the United States Sentencing Guidelines regarding firearm enhancements. (Doc. No. 180).

This Court has previously ruled that Amendment 599 provides no relief in this case. (Doc. No. 170: Order denying Sentence Reduction at 1). Defendant presents no change in facts or law to support reconsideration.

**IT IS THEREFORE ORDERED** that Defendant's motion for sentence reduction, (Doc. No. 180), is **DENIED.**

Signed: July 14, 2021

Kenneth D. Bell
United States District Judge